EEOC Form 5 (11/09)

Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA  [X] EEOC | 420-2020-01438 |

and EEOC

State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Mr. Exie J. Spears
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: MARION COUNTY COMMISSION
**No. Employees, Members**: Unknown
**Phone No.**: (205) 921-3172
**Street Address**: 132 Military Street South, Hamilton, AL 35570

RECEIVED MAR 2020 U.S. EEOC Birmingham District Office

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 11-01-2018   Latest: 02-28-2020
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am an African American male. I am currently employed by the above-named employer for the past 18 years and currently serve as the Foreman. Beginning 2018, Commissioner Kenneth Cochran has actively denied me the full duties of my position and relegates me too nothing more than a Laborer. Further, I have been subjected to intimidation by Cochran that has created a hostile work environment.

I believe I have been discriminated against because of my race (African American) in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 03, 2020    /s/ Exie Spears
Date             Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)