IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EXIE SPEARS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:22-cv-01610-SGC |
| | ) |
| MARION COUNTY COMMISSION, et al., | ) |
| | ) |
|    Defendants. | ) |

## JOINT STATUS REPORT

Plaintiff Exie Spears and Defendants Marion County Commission, Larry Akers, Bob Burleson, Kenneth Cochran, Tim Estes, Gregory Gunnin, Dale Holt, and Keith Nichols (collectively the "Parties"), pursuant to the Court's April 18, 2023 Order, submit their joint status report as follows:

    1.    The Parties are continuing to work together to set this matter for mediation. The Parties believe that they can select a mediator and get the mediation set prior to the Joint Status Report due on June 14, 2023.

Respectfully submitted this 23rd day of May, 2023.

                                          s/C. Richard Hill, Jr.
                                          C. RICHARD HILL, JR. (HIL045)
                                          *Attorney for Defendants*

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8043
Facsimile: (334) 323-8888
Email:  rick.hill@chlaw.com
           ashley.freeman@chlaw.com

                                           s/Leslie A. Palmer
                                           Leslie A. Palmer
                                           *Attorney for Plaintiff*

Leslie A. Palmer
PALMER LAW, LLC
104 23rd Street South, Suite 100
Birmingham, Alabama 35233
Telephone: (205) 285-3050
Email:  leslie@palmerlegalservices.com

                                           s/Heather Leonard
                                           Heather Leonard
                                           *Attorney for Plaintiff*

Heather N. Leonard
HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Post Office Box 43768
Birmingham, Alabama 35243
Telephone: (334) 241-8043
Email:  heather@heatherleonardpc.com