# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| EXIE SPEARS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:22-cv-01610-ACA |
| MARION COUNTY COMMISSION, et al., | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO EXCUSE HEATHER LEONARD FROM THE MAY 7, 2024, STATUS CONFERENCE

COMES NOW the Plaintiff and moves this Honorable Court to excuse one of his attorneys, Heather Leonard, from attending the status conference set in this matter for May 7, 2024.

This motion should be granted for the following reasons:

1. On May 1, 2024, this Court set a status conference for May 7 at 9:30 am in this Court's chambers.

2. Plaintiff Exie Spears is represented by Leslie A. Palmer and Heather Leonard.

1

3. Ms. Palmer will be attending the status conference.

4. Mrs. Leonard has two depositions in another matter scheduled for May 7. The depositions are of non-party witnesses who live in the State of Kentucky. The depositions begin at 9:30 am and should last the entire day.

5. Because the Plaintiff will be represented at the status conference by Ms. Palmer and due to the scheduling conflict with Mrs. Leonard's deposition, the Plaintiff seeks to excuse Mrs. Leonard from attending the status conference.

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests that this Court excuse Heather Leonard from attending the May 7 status conference.

Respectfully submitted,

/s/ Heather Leonard
Heather Leonard
An Attorney for the Plaintiff

OF COUNSEL:
HEATHER LEONARD, P.C.
2105 Devereux Circle, Suite 111
Vestavia Hills, AL 35243
(205) 977-5421
heather@heatherleonardpc.com

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed on May 2, 2024, with the Court's CM/ECF system or served by e-mail as agreed between the parties which will serve all counsel of record as follows:

Ashely H. Freeman
C. Richard Hill, Jr.
CAPELL & HOWARD, P.C.
PO Box 2069
Montgomery, AL 36102
(334) 241-8043
Rick.hill@chlaw.com
Ashley.freeman@chlaw.com


Robbie Alexander Hyde
ALEXANDER HYDE, LLC
2138 Moore's Mill Road, Suite A
Auburn, AL 36830
(334) 246-2333
robbi@alexanderhyde.com

                                          /s/ *Heather Leonard*
                                          OF COUNSEL