FILED
2024 May-09  PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **EXIE SPEARS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:22-cv-01610-ACA** |
| | ) | |
| **MARION COUNTY COMMISSION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

COMES NOW W. Jackson Britton of the law firm Capell & Howard, P.C. and enters an appearance of counsel for Marion County Commission, Larry Akers, Bob Burleson, Kenneth Cochran, Tim Estes, Gregory Gunnin, Dale Holt, and Keith Nichols, Defendants in the above-styled cause.

Respectfully submitted this 9th day of May 2024.

*/s/ W. Jackson Britton*
W. JACKSON BRITTON (BRI077)
*Attorney for Defendants*

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8006
Email: jackson.britton@chlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of May 2024, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send a notification of such filing to the foregoing:

Leslie A. Palmer
PALMER LAW, LLC
104 23rd Street South
Suite 100
Birmingham, Alabama 35233

Heather N. Leonard
HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111
Post Office Box 43768
Birmingham, Alabama 35243


/s/ *W. Jackson Britton*
Of Counsel