FILED
2024 May-09 PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **EXIE SPEARS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Case No.: 2:22-cv-01610-ACA |
| | ) |
| **MARION COUNTY COMMISSION,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Caitlin E. Cobb of the law firm Capell & Howard, P.C. and enters an appearance of counsel for Marion County Commission, Larry Akers, Bob Burleson, Kenneth Cochran, Tim Estes, Gregory Gunnin, Dale Holt, and Keith Nichols, Defendants in the above-styled cause.

Respectfully submitted this 9th day of May 2024.

                                                      /s/ Caitlin E. Cobb
                                                      **CAITLIN E. COBB (COB031)**
                                                      *Attorney for Defendants*

OF COUNSEL:
Capell & Howard, P.C.
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8006
Email: Caitlin.Cobb@chlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of May 2024, I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send a notification of such filing to the foregoing:

| | |
|---|---|
| Leslie A. Palmer | Heather N. Leonard |
| PALMER LAW, LLC | HEATHER LEONARD, PC |
| 104 23rd Street South | 2105 Devereux Circle, Suite 111 |
| Suite 100 | Post Office Box 43768 |
| Birmingham, Alabama 35233 | Birmingham, Alabama 35243 |

                                    /s/ *Caitlin E. Cobb*
                                    Of Counsel